**No. 09-7592. Mateen Abdul-Aziz, Petitioner v. United States.**

559 U.S. 1050, 130 S. Ct. 2341, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 3030.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 337 Fed. Appx. 375.

**No. 09-7819. Nicholas Lugo, Petitioner v. United States.**

559 U.S. 1050, 130 S. Ct. 2341, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 2982.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-7826. Angel Balbuena, Petitioner v. United States.**

559 U.S. 1050, 130 S. Ct. 2341, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 2963.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 343 Fed. Appx. 510.

**No. 09-7833. John Andrew Docampo, Jr., Petitioner v. United States.**

559 U.S. 1050, 130 S. Ct. 2342, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 2953.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 573 F.3d 1091.

**No. 09-7952. Billy John Galloway, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1050, 130 S. Ct. 2342, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 2950.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 64.

**No. 09-8472. Lloyd T. Stephens, Petitioner v. Fourth Judicial District Court, et al.**

559 U.S. 1050, 130 S. Ct. 2344, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 3005.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 351 Fed. Appx. 861.

**No. 09-8583. Darcy Walker, Petitioner v. John E. Potter, Postmaster General.**

559 U.S. 1050, 130 S. Ct. 2344, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 2933.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 77.

**No. 09-8864. Robert L. Henry, Petitioner v. Florida Department of Corrections, et al.**

559 U.S. 1050, 130 S. Ct. 2367, 176 L. Ed. 2d 564, 2010 U.S. LEXIS 2981.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.